

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00854-CR

José F. **GRANADOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4413
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 28, 2018.

_____
Patricia O. Alvarez, Justice